

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00260-CR

Jose B. **ROCHA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR6871
Honorable Christine Del Prado, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE SPEARS, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED May 21, 2025.

_____
Adrian A. Spears II, Justice